737 A.2d 681
IN THE MATTER OF STEPHEN H. FEUERSTEIN,
AN ATTORNEY AT LAW.

September 28, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **STEPHEN H. FEUERSTEIN** of **MANALA-PAN,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a ·period of three months effective April 19, 1999, by Order of this Court dated March 23, 1999, be restored to the practice of law, effective immediately.